NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ryan M. Lapine (SBN 239316); Bryan J. Weintrop (SBN 307416)

Venable LLP
2049 Century Park East, Suite 2300, Los Angeles, CA 90067
Phone: (310) 229-9900; Fax: (310) 229-9901
Email: rmlapine@venable.com; bjweintrop@venable.com

ATTORNEY(S) FOR: Defendant Perpetual Altruism, LTD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TOMMY ALASTRA PRODUCTIONS, INC., a California corporation,

Plaintiff(s),

v.

HUGO MCDONAUGH, an individual; PERPETUAL ALTRUISM, LTD a U.K. limited liability company, and DOES 1-20, inclusive,

Defendant(s)

CASE NUMBER:

2-25-cv-01257

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Perpetual Altruism, LTD or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Perpetual Altruism, LTD, a United Kingdom limited company [Perpetual Altruism, LTD has no parent corporation and no publicly held corporation owns 10% or more of its stock] | Defendant |
| Hugo McDonaugh | Defendant |
| Tommy Alastra Productions, Inc. | Plaintiff |

February 13, 2025
Date

/s/ Ryan M. Lapine
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Perpetual Altruism, LTD

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

    On **February 13, 2025**, I served a copy ☑ / original ☐ of the foregoing document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action addressed as follows:

Ethan Bearman  
THE BEARMEN FIRM, INC.  
9460 Wilshire Blvd  
Suite 830  
Beverly Hills, California 90212  
Telephone: (747) 232-7626  

Attorneys for Plaintiff  
TOMMYALASTRA PRODUCTIONS, INC.

Email: ethan@thebearmanfirm.com

☑    By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☑    **BY MAIL (FRCP 5(b)(2)(C))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on **February 13, 2025**, at Los Angeles, California.

/s/ Jerod Williams  
Jerod Williams