Ryan M. Lapine (SBN 239316)
*rlapine@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile:  (213) 439-9599

Attorneys for Defendant
PERPETUAL ALTRUISM, LTD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TOMMMY ALASTRA PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUGO MCDONAUGH, an individual; PERPETUAL ALTRUISM, LTD a U.K. limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01257-AB-KES<br><br>Hon. André Birotte, Jr.<br><br>**DECLARATION OF RYAN M. LAPINE IN SUPPORT OF DFENDANT PERPETUAL ALTRUISM, LTD'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>[Filed concurrently with Notice of Motion and Motion; [Proposed] Order]<br><br>Date:       March 28, 2025<br>Time:       10:00 a.m.<br>Crtrm.:     7B<br><br>Action Filed:  February 14, 2025<br>Removal:       February 14, 2025<br>Trial Date:    None Set |

1

**DECLARATION OF RYAN M. LAPINE IN SUPPORT OF DFENDANT PERPETUAL ALTRUISM, LTD'S MOTION TO DISMISS COMPLAINT**

# DECLARATION OF RYAN M. LAPINE

I, Ryan M. Lapine, declare:

1.  I am lead counsel of record for Defendant Perpetual Altruism, Ltd. ("Defendant") in the above action. I submit this declaration in support of its Motion to Dismiss. I have personal knowledge of the matters stated below. If called as a witness, I could and would testify competently thereto.

2.  I conducted a Local Rule 7-3 conference in advance of filing this Motion with lead counsel for Plaintiff, Ethan Bearman. That conference was delayed by two days given Mr. Bearman's trial schedule, but we did in detail attempt to resolve this dispute, passing through the grounds on which Defendant seeks relief in this motion. While we were not able to agree on these items, it was a productive and good-natured attempt on both sides to reach resolution.

3.  As Defendant's outside counsel, I have familiarity with its corporate documents and, indeed, for purposes of this motion pulled its corporate documents attached hereto from its corporate records.

4.  Attached hereto as **Exhibit 1** is a true and correct copy of an agreement entitled "Equity, Compensation, and Revenue Sharing Agreement" and known internally by Defendant as the "Master Agreement" or "MA".

5.  Attached hereto as **Exhibit 2** is a true and correct copy of the June 8, 2021 Memorandum of Understanding..

6.  Attached hereton as **Exhibit 3** is a true and correct copy of the December 2021 Amended Master Agreement.

I declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed in Los Angeles, California on February 20, 2025.

*/s/ Ryan M. Lapine*
Ryan M. Lapine

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, a copy of the **DECLARATION OF RYAN M. LAPINE IN SUPPORT OF DFENDANT PERPETUAL ALTRUISM, LTD'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Ryan M. Lapine*
Ryan M. Lapine

<u>*Via FedEx*</u>

Ethan Bearman, Esq.
THE BEARMAN FIRM
9460 Wilshire Blvd., Ste. 830
Beverly Hills, CA 90212
Los Angeles, Ca 90036
T:  (747) 232-7626

---

**DECLARATION OF RYAN M. LAPINE IN SUPPORT OF DFENDANT PERPETUAL ALTRUISM, LTD'S MOTION TO DISMISS COMPLAINT**