Ryan M. Lapine (SBN 239316)
*rlapine@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant
PERPETUAL ALTRUISM, LTD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TOMMMY ALASTRA PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUGO MCDONAUGH, an individual; PERPETUAL ALTRUISM, LTD a U.K. limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01257-AB-KES<br><br>Hon. André Birotte, Jr.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PERPETUAL ALTRUISM, LTD'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>[Filed concurrently with Notice of Motion and Motion; [Proposed] Order]<br><br>Date:        March 28, 2025<br>Time:       10:00 a.m.<br>Crtrm.:     7B<br><br>Action Filed:    February 14, 2025<br>Removal:        February 14, 2025<br>Trial Date:       None Set |

1

**[PROPOSED] ORDER GRANTING DEFENDANT PERPETUAL ALTRUISM, LTD'S MOTION TO DISMISS COMPLAINT**

## ORDER

Defendant Perpetual Altruism Ltd.'s Motion to Dismiss Complaint For Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) came on regularly for hearing before this Court on March 28, 2025.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Plaintiff has failed to state a claim upon which relief may be granted.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED.  The Complaint in this case is ordered dismissed [with] / [without] leave to amend.

**IT IS SO ORDERED.**

Dated: _____

The Honorable André Birotte Jr.
Judge, United States District Court

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, a copy of the **[PROPOSED] ORDER GRANTING DEFENDANT PERPETUAL ALTRUISM, LTD'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Ryan M. Lapine*
Ryan M. Lapine

*Via FedEx*

Ethan Bearman, Esq.
THE BEARMAN FIRM
9460 Wilshire Blvd., Ste. 830
Beverly Hills, CA 90212
Los Angeles, Ca 90036
T:  (747) 232-7626

**[PROPOSED] ORDER GRANTING DEFENDANT PERPETUAL ALTRUISM, LTD'S MOTION TO DISMISS COMPLAINT**