UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY ALASTRA PRODUCTIONS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HUGO MCDONAUGH, an individual; PERPETUAL ALTRUISM, LTD a U.K. limited liability company, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO: 2:25-cv-01257-AB-KES<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR COUNTER-DEFENDANTS TO FILE JOINT RESPONSE TO COUNTERCLAIMANT'S FIRST AMENDED COUNTERCLAIM** |
| PERPETUAL ALTRUISM, LTD, a U.K. limited liability company,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>TOMMY ALASTRA PRODUCTIONS, INC., a California corporation, TOMMY ALASTRA, an individual, and ROES 1-10, inclusive,<br><br>　　　　　Counter-Defendants. | |

1  The Court **GRANTS** the Parties' Stipulation. Counter-Defendants Tommy
2  Alastra Productions, Inc. and Tommy Alastra may jointly respond to Counter-
3  Claimant's Amended Counterclaim by October 27, 2025.
4  **IT IS SO ORDERED.**

6  Dated: September 30, 2025        _____
                                    HON. ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE